**Opinion issued June 18, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00412-CV

————————————

## IN RE NOBLE DRILLING (JIM THOMPSON) LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Noble Drilling (Jim Thompson) LLC has filed a petition for writ of mandamus, challenging the trial court's order striking Noble's pleadings and setting a hearing to determine Salvador Maciel's damages.[1] Upon the filing of Noble's petition, the Court stayed the damages hearing and requested that Maciel

---

[1] The underlying case is *Maciel v. Noble Drilling (Jim Thompson) LLC et al.*, No. 2011-43366, in the 215th District Court of Harris County, the Hon. Elaine H. Palmer presiding.

respond to the petition. Noble and Maciel have since agreed that the petition should be conditionally granted. According, we lift the stay, conditionally grant Noble's petition for writ of mandamus, and direct the trial court to set aside its order striking Noble's pleadings. We are confident the trial court will promptly comply, and our writ will issue only if the trial court does not comply. All outstanding motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.